IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br>CHELSIE S. PRADO,             )<br>                              )<br>          Defendant.          ) | 4:06CR3148<br><br>ORDER |

   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT THEREFORE HEREBY IS ORDERED** that Michael T. Levy is appointed as attorney of record for the above-named defendant.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

   DATED October 5, 2006

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge