IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHELSIE S. PRADO, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in its schedule,

IT IS ORDERED that Defendant Prado's sentencing is rescheduled to 12:00 noon on Friday, March 16, 2007, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

January 29, 2007.            BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge